UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THALIA GRAVES,<br><br>                Plaintiff,<br><br>    v.<br><br>SEAN COMBS, JOSEPH SHERMAN, DADDY'S HOUSE RECORDINGS, INC., CE OPCP, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLIDNGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, AND ORGANIZATIONAL DOES 1-10,<br><br>                Defendants. | No. 24-cv-7201<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Erica A. Wolff of the firm Sher Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Daddy's House Recordings, Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Records LLC, Bad Boy Entertainment LLC, and Bad Boy Productions LLC in connection with the above-captioned action.

Dated: New York, New York
November 21, 2024

                                **SHER TREMONTE LLP**

                                By:  /s/ *Erica A. Wolff*
                                    Erica A. Wolff
                              90 Broad Street, 23rd Floor
                              New York, New York 10004
                              Tel: 212.202.2600
                              Email: EWolff@shertremonte.com

*Attorney for Defendants Sean Combs, Daddy's House Recordings, Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Records LLC, Bad Boy Entertainment LLC, and Bad Boy Productions LLC*
.