USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/21/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THALIA GRAVES,

    Plaintiff,

  v.

SEAN COMBS, JOSEPH SHERMAN, DADDY'S
HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, AND
ORGANIZATIONAL DOES 1-10,

    Defendants.

------------------------------------------------------------------X

No. 24 Civ. 7201(AT)(VF)

**Stipulation of Voluntary Dismissal as to Certain Defendants**

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Thalia Graves and Defendants Sean Combs, Joseph Sherman, Daddy's House Recordings Inc., CE OPCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Records LLC, Bad Boy Entertainment LLC, and Bad Boy Productions LLC, that:

  1.  The above-captioned action is dismissed and discontinued with prejudice, as to Defendants Daddy's House Recordings Inc., CE OPCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Records LLC, Bad Boy Entertainment LLC, and Bad Boy Productions LLC (collectively, "the Corporate Defendants") pursuant to Rule 21 and/or 41(a) of the Federal Rules of Civil Procedure, and the Court's January 3, 2025 Order. ECF Doc.

1

No. 43. Plaintiff will file an Amended Complaint reflecting the dismissal of the Corporate Defendants.

    2.    The case will continue against Defendants Sean Combs and Joseph Sherman.

**SO STIPULATED AND AGREED.**

/s/ Mariann Meier Wang

Mariann Meier Wang
Heather Gregorio
WANG HECKER LLP
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2600

Gloria Allred
ALLRED MAROKO & GOLDBERG
305 Broadway, Suite 607
New York, New York 10007
(323) 653-6530

*Attorneys for Plaintiff*


Darnell Crosland

Darnell Crosland, Esq.
CROSLAND LAW GROUP LLC
1200 Summer Street, Suite 202
Stamford, CT 06905
(203) 921-1782

*Attorney for Joseph Sherman*

cc:    All Counsel of Record via ECF

Erica A. Wolff

Erica A. Wolff
Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2679

*Attorneys for Combs and the Corporate Defendants*

SO ORDERED.

Dated: January 21, 2025
New York, New York

ANALISA TORRES
United States District Judge