UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THALIA GRAVES,

                Plaintiff,

v.

SEAN COMBS AND JOSEPH SHERMAN,

                Defendants.

Case No. 24-cv-7201

NOTICE OF MOTION

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Declaration of Erica A. Wolff, dated March 18, 2025, the exhibit annexed thereto, the Declaration of Samantha Luevanos, dated March 18, 2025, the exhibits annexed thereto, and upon all prior proceedings had in herein Defendant Sean Combs will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Analisa Torres at the Thurgood Marshall United States Courthouse, Courtroom 21A, 500 Pearl St., New York, New York 10007, for an order dismissing Plaintiff's Amended Complaint in its entirety with prejudice (ECF No. 47).

Pursuant to the Court's February 18, 2025 order, answering declarations and memorandum of law, if any, shall be filed on or before April 15, 2025, and any reply declarations and memorandum of law shall be filed on or before April 29, 2025, unless otherwise extended by the Court. ECF No. 51.

Dated: New York, New York
      March 18, 2025

SHER TREMONTE LLP

<u>/s/    Erica A. Wolff</u>
Erica A. Wolff
Michael Tremonte
Katie Renzler
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
EWolff@shertremonte.com
MTremonte@shertremonte.com
KRenzler@shertremonte.com

*Attorneys for Defendant Sean Combs*