# WANG HECKER LLP

305 Broadway, Suite 607
New York, New York 10007

**Heather Gregorio**
212.620.2608 tel
212.620.2610 fax

hgregorio@wanghecker.com

**By ECF**

March 28, 2025

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Graves v. Combs et al.*, No 24 Civ. 07201 (SDNY) (AT)

Dear Judge Torres:

    This firm, along with Allred Maroko & Goldberg, represents Plaintiff Thalia Graves ("Plaintiff"). We write pursuant to Rule III(B)(iv) of Your Honor's Individual Practices in Civil Cases to inform the Court and Defendants that Plaintiff will not be filing an amended pleading at this time and will be relying on the Amended Complaint. ECF Doc. No. 47. Plaintiff will file her opposition to Defendants' motions to dismiss by April 15, 2025 in accordance with the Court's February 18th Order. *See* ECF Doc. No. 51.

    Respectfully submitted,

    Heather Gregorio

cc:    All counsel by ECF