USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/16/2025__

**SHER TREMONTE** LLP

April 15, 2025

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Graves v. Combs et al.*, 24-cv-07201

Dear Judge Torres:

    We write on behalf of our client, Defendant Sean Combs, with the consent of counsel for all parties, pursuant to Rule 1(C) of the Court's Individual Practices in Civil Cases, to respectfully request an adjournment of the Court's previously ordered Case Management Conference and the related deadline to submit a joint status report.

    Pursuant to the Civil Case Management Plan and Scheduling Order adopted by the Court (ECF No. 41), the current Case Management Conference is scheduled for May 5, 2025, with a deadline for a joint status report being April 28, 2025. In light of Mr. Combs's upcoming criminal trial, which is scheduled to commence before the Hon. Arun Subramanian in this district on May 12, 2025, and due to the current procedural status of the case (including that the motions to dismiss are not yet fully briefed and that fact discovery and party depositions have been deferred until sixty (60) days after the conclusion of Mr. Combs's criminal trial), the parties have met and conferred and agree that we do not think it would be a productive use of the Court's time to hold a conference at the scheduled time. We therefore request, with the consent of counsel for all parties, that the conference be adjourned until a date following resolution of the pending motions to dismiss. No prior request for this relief has been made.

    The case management conference scheduled for May 5, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 16, 2025
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge