UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

THALIA GRAVES,                                                          Case No. 24 Civ. 7201 (AT)(VF)

        Plaintiff,

   -against-

SEAN COMBS and JOSEPH SHERMAN,

        Defendants.
―――――――――――――――――――――――――x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Plaintiff respectfully requests that Jazly Liriano be permitted to withdraw as counsel in the above-captioned matter as a result of her departure from Wang Hecker LLP. Ms. Liriano's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wang Hecker LLP will continue to represent Plaintiff in this matter, including attorneys Mariann Meier Wang and Heather Gregorio. Allred, Maroko & Goldberg will also continue to represent Plaintiff in this matter.

Dated: New York, New York
       May 9, 2025

                                                                             By: /s/ Jazly Liriano
                                                                                 Jazly Liriano