UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x

THALIA GRAVES,                                                    Case No. 24 Civ. 7201 (AT)(VF)

                    Plaintiff,

             -against-

SEAN COMBS and JOSEPH SHERMAN,

                    Defendants.

————————————————————————————x

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Jazly Liriano as counsel in the above-

captioned case.  The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Jazly Liriano is withdrawn as counsel for the Plaintiff in

this action.


DATE: _____            _____
                                                                   United States District Judge