```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────── x

THALIA GRAVES,                                     Case No. 24 Civ. 7201 (AT)(VF)

          Plaintiff,

   -against-

SEAN COMBS and JOSEPH SHERMAN,

          Defendants.
───────────────────────────────────────── x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Plaintiff respectfully requests that Jazly Liriano be permitted to withdraw as counsel in the above-captioned matter as a result of her departure from Wang Hecker LLP. Ms. Liriano's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wang Hecker LLP will continue to represent Plaintiff in this matter, including attorneys Mariann Meier Wang and Heather Gregorio. Allred, Maroko & Goldberg will also continue to represent Plaintiff in this matter.

Dated: New York, New York
       May 9, 2025

                                              By: /s/ Jazly Liriano
                                                  Jazly Liriano

GRANTED. The Clerk of Court is respectfully directed to terminate Jazly Liriano from the docket.

SO ORDERED.

Dated: May 12, 2025
       New York, New York

                                                    ANALISA TORRES
                                                   United States District Judge