UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

**Thalia Graves**

                      Plaintiff,

    -against-

**Sean Combs and Joseph Sherman**

                      Defendant.
----------------------------------------------------

Case No. 24 Civ. 7201(AT)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Heather Gregorio**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HG 3793    My State Bar Number is 5375712

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wang Hecker LLP
                  FIRM ADDRESS: 305 Broadway, Suite 607, New York, NY 10007
                  FIRM TELEPHONE NUMBER: 212-620-2608
                  FIRM FAX NUMBER: 212-620-2610

NEW FIRM:    FIRM NAME: Wang Hecker LLP
                  FIRM ADDRESS: 111 Broadway, Suite 1406, New York, NY 10006
                  FIRM TELEPHONE NUMBER: 212-620-2608
                  FIRM FAX NUMBER: 212-620-2610

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 5/30/2025

                                                s/ Heather Gregorio
                                               ATTORNEY'S SIGNATURE